## 230

*As to evidence of a demand, in a proceeding for un-
lawful detainer.*

1. In a proceeding for unlawful detainer, by A, for the use of
B,—a demand by B, in his own name, is not evidence of the
demand required before the jury.

In this case, Henry Hitchcock, *who sued for the use
of Thadeus Sanford,* exhibited his complaint for un-
lawful detainer, against the plaintiff in error, before
a justice of the peace, of Mobile county, and obtain-
ed a judgment upon verdict of a jury.

Upon the trial, a notice and demand of the premi-
ses were produced, purporting to have been made in
the name of " T. Sanford,"—which the said Kenne-
dy objected to, as not in conformity with the requi-
sites of the law ; but the Court overruled the objec-
tion, and admitted the demand and notice, as pro-
per.

The case was taken by Kennedy, by *certiorari,* in-
to the Circuit Court, where the proceedings of the
justice, were affirmed, and judgment rendered for the
plaintiff below.

Kennedy thereupon took a writ of error, to this
Court.

*Stewart* and *Thornton,* for plaintiff in error.

*Gordon,* contra.

HOPKINS, J.—The only question, which it is ne-
cessary to determine in this case, is, whether the de-

mand and notice required by the statute, and which was given in the name of Sanford, for whose use Hitchcock sued out the precept for an unlawful detainer against the plaintiff in error, was evidence upon the trial by the jury? It was admitted as testimony against the objection of Kennedy.

The demand of the delivery of possession, must be made by the person, his agent, or attorney, entitled to the writ of unlawful detainer, before it issues, and that it was so made, must be proved upon the trial. In this case, the demand was made by Sanford, in his own name, and not as the agent or attorney of Hitchcock. The evidence of the demand ought to have been rejected by the justice of the peace, and the Circuit Court erred in affirming his judgment.* <sup>*Ain. Dig. 202; 1 Liv. on A. 105</sup>

Let the judgment be reversed.

HITCHCOCK, C. J.—Not sitting.